UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACIA THOMAS, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>PAPA JOHNS INTERNATIONAL, INC., D/B/A PAPA JOHNS,<br><br>             Defendant. | Case No.:  22cv2012 DMS(MSB)<br><br>**ORDER RE: ORAL ARGUMENT** |

   Defendant's motion to dismiss Plaintiff's Second Amended Complaint is currently scheduled for hearing on December 15, 2023.  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the December 15, 2023 hearing is vacated.

   **IT IS SO ORDERED**.

Dated:  December 11, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court

1

22cv2012 DMS(MSB)