

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dacia Thomas, individually and on behalf of all others similarly situated | Civil Action No. 22-cv-02012-DMS-MSB |
| **Plaintiff,** | |
| V. | |
| Papa Johns International, Inc., doing business as Papa Johns | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds Plaintiff has failed to allege sufficient, specific facts to support either the "reasonable expectation of privacy" or "highly offensive" prongs of her intrusion upon seclusion claim. Accordingly, the Court grants Defendant's motion to dismiss and dismisses this case with prejudice. Case is closed.

Date:   5/8/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D.Frank

D.Frank, Deputy